1  JOSHUA E. KIRSCH(179110)
   GIBSON ROBB & LINDH LLP
2  201 Mission Street, Suite 2700
   San Francisco, California  94105
3  Telephone:    (415) 348-6000
   Facsimile:    (415) 348-6001
4  Email:        jkirsch@gibsonrobb.com

5  Attorneys for Plaintiffs
   STARR INDEMNITY & LIABILITY COMPANY,
6  as subrogee of, SKIVA INTERNATIONAL, INC.

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  STARR INDEMNITY & LIABILITY<br>COMPANY, as subrogee of, SKIVA<br>12  INTERNATIONAL, INC., a corporation,<br>13          Plaintiffs,<br>14     v.<br>15  TRIUMPH LINK (USA) INC., a<br>corporation,<br>16<br>17          Defendant. | Case No.: 3:13-cv-00365-MEJ<br><br>**REQUEST TO TRANSFER VENUE TO CENTRAL DISTRICT COURT OF CALIFORNIA; AND [PROPOSED] ORDER** |

18      Plaintiff STARR INDEMNITY & LIABILITY COMPANY, as subrogee of, SKIVA

19  INTERNATIONAL, INC., hereby requests that this matter be transferred to the United States

20  District Court, Central District of California.  Plaintiff's counsel erroneously filed this case in the

21  Northern District of California; the proper venue is the Central District, as per the allegation in

22  both the complaint and first amended complaint that defendant's place of business is in Torrance,

23  CA, which is in the Central District.  No other parties have yet appeared.

24  Dated: February 12, 2013              Respectfully submitted,

25                                       GIBSON ROBB & LINDH LLP

26                                        /s/ JOSHUA E. KIRSCH
                                         Joshua E. Kirsch
27                                       Attorneys for Plaintiff
                                         STARR INDEMNITY & LIABILITY COMPANY,
28                                       as subrogee of, SKIVA INTERNATIONAL, INC.

1
2    IT IS SO ORDERED.    The Clerk shall transfer this case forthwith to the Central District of California.
3
4    Dated: __February 12, 2013__    _____
5                                     Hon. Maria-Elena James
                                      UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST TO TRANSFER VENUE TO CENTRAL DISTRICT COURT OF CALIFORNIA; AND [PROPOSED] ORDER
Case No. 3:13-cv-00365-MEJ; Our File No. 5475.40                                              - 2 -